UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: DAILY FANTASY SPORTS LITIGATION | MDL No.: 1:16-md-02677-GAO |
| This Document Relates To: | |
| Gomez, *et al.* v. FanDuel, Inc., *et al.* | Case No.: 1:16-cv-10239-GAO |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wellington Management Company, LLC states as follows:

Wellington Management Company, LLC has no parent corporation, and no publicly-traded company owns 10% or more of its stock.

Dated: May 4, 2016

Respectfully submitted,

Wellington Management Company, LLC,

By its attorneys,

/s/ Nicholas M. O'Donnell
Nicholas M. O'Donnell (BBO#657950)
*nodonnell@sandw.com*
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2800
Fax: (617) 338-2880

{B2013048; 1}

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ Nicholas M. O'Donnell

{B2013048; 1}